**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 10-2338**

───────────

GERRY W. FOWLER, SR.,

              Plaintiff – Appellant,

        v.

TIMOTHY F. GEITHNER, Secretary of the Treasury,

              Defendant – Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, Senior District Judge.  (2:09-cv-00225-JBF-DEM)

───────────

Submitted:  March 15, 2011          Decided:  March 17, 2011

───────────

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Gerry W. Fowler, Sr., Appellant Pro Se.  Mark Anthony Exley, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerry W. Fowler, Sr., appeals the district court's order granting Secretary Geithner's motion to dismiss Fowler's action for failure to state a claim for relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fowler v. Geithner, No. 2:09-cv-00225-JBF-DEM (E.D. Va. Aug. 4, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2